FILED

2009 APR 10 AM 11: 45

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TIBONI et al, | ) | CASE NO: 1:07-cv-01805 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | NANCY A. VECCHIARELLI |
| OHIO BULK TRANSFER CO., | ) | |
| | ) | |
| Defendant. | ) | **STIPULATED JUDGMENT ENTRY** |

Upon the Motion of Plaintiffs to Enforce Settlement and Enter Judgment, and for good cause shown, it is hereby Ordered, Adjudged and Decreed that judgment be entered for Plaintiffs against Defendant Ohio Bulk Transfer Co. as follows:

1. Judgment is entered for the Excavating, Building Material, Construction Drivers, Race Track Employees, Manufacturing, Processing, Assembling and Installer Employees Local Union No. 436, affiliated with the International Brotherhood of Teamsters, in the amount of Seventy-One Thousand Dollars ($71,000) with Twelve percent (12%) interest per annum from February 15, 2009, plus costs.

2. Judgment is entered for the Building Material Drivers Local 436 Pension Trust Fund in the amount of Nine Hundred Twenty-Five Thousand Dollars ($925,000) with Twelve percent (12%) interest per annum from February 15, 2009, plus costs.

3.Judgment is entered for the Health and Welfare Fund of Teamsters Local Union No. 436 in the amount of Four Thousand Dollars ($4000) with Twelve percent (12%) interest per annum from February 15, 2009, plus costs.

Approved:

_____
John A. Sivinski
Attorney for Plaintiffs

_____
John Gerak
Attorney for Defendants

IT IS SO ORDERED.

Date: __4/10/09__

_____
Judge Christopher A. Boyko